# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

FILED
APR 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:       James St.Louis       SBI#: 446518

FROM:     Stacy Shane, Support Services Secretary

RE:       **6 Months Account Statement**

DATE:     March 30, 2005

---

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 80.71 |
| Oct | 79.29 | 
| Nov | 87.44 |
| Dec | 93.31 |
| Jan | 80.57 |
| Feb | 113.81 |

Average daily balances/6 months: 88.89

Attachments
CC: File

Stacy Shane
3/30/05

3/31/05

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __98.60__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __88.89__

and the average monthly deposits were $ __68.22__

__3/30/05__
Date

__Stacy Shane__
Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

To whom it may concern

I need this filled out and returned as soon as possible

I/m James St. Louis
E Building
00446518

# Individual Statement

Date Printed: 3/29/2005

## For Month of September 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.59 |
|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | | |

Current Location: E    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2004 | $83.52 | $0.00 | $0.00 | $99.11 | 3795 | | | |
| Canteen | 9/2/2004 | ($11.53) | $0.00 | $0.00 | $87.58 | 4640 | | | |
| Canteen | 9/14/2004 | ($10.14) | $0.00 | $0.00 | $77.44 | 8737 | | | |
| Canteen | 9/28/2004 | ($15.09) | $0.00 | $0.00 | $62.35 | 13967 | | | |

Ending Mth Balance: $62.35

# Individual Statement

## For Month of October 2004

Date Printed: 3/29/2005                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $62.35 |
|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | | |
| Current Location: | E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/1/2004 | $70.20 | $0.00 | $0.00 | $132.55 | 15540 | | | |
| Pay-To | 10/1/2004 | ($25.00) | $0.00 | $0.00 | $107.55 | 16125 | | FOOD SERVICE 8/24-LIFE OUTREACH | |
| Canteen | 10/5/2004 | ($14.35) | $0.00 | $0.00 | $93.20 | 16724 | | | |
| Canteen | 10/13/2004 | ($20.31) | $0.00 | $0.00 | $72.89 | 19889 | | | |
| Canteen | 10/26/2004 | ($13.78) | $0.00 | $0.00 | $59.11 | 24921 | | | |
| Pay-To | 10/29/2004 | ($6.63) | $0.00 | $0.00 | $52.48 | 26293 | | ST VINCENT DE PAU | |

Ending Mth Balance: $52.48

# Individual Statement

Date Printed: 3/29/2005

Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | $52.48 | | |
| Current Location: | E | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2004 | $66.24 | $0.00 | $0.00 | $118.72 | 26880 | | | |
| Canteen | 11/2/2004 | ($13.89) | $0.00 | $0.00 | $104.83 | 27906 | | | |
| Canteen | 11/9/2004 | ($23.68) | $0.00 | $0.00 | $81.15 | 29919 | | | |
| Canteen | 11/29/2004 | ($7.37) | $0.00 | $0.00 | $73.78 | 37199 | | FOOD SERVICE 09/2 | |

Ending Mth Balance: $73.78

# Individual Statement

## For Month of December 2004

Date Printed: 3/29/2005     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | $73.78 | | |

Current Location: E     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2004 | $65.52 | $0.00 | $0.00 | $139.30 | 38754 | | | |
| Pay-To | 12/2/2004 | ($1.11) | $0.00 | $0.00 | $138.19 | 39526 | | FS 10/24-11/23 | |
| Canteen | 12/7/2004 | ($15.70) | $0.00 | $0.00 | $122.49 | 41167 | | DST/POSTAGE | |
| Pay-To | 12/13/2004 | ($20.00) | $0.00 | $0.00 | $102.49 | 43008 | | ST VINCENT DE PAU | |
| Canteen | 12/21/2004 | ($56.36) | $0.00 | $0.00 | $46.13 | 46206 | | | |

Ending Mth Balance: $46.13

# Individual Statement

Date Printed: 3/29/2005

Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.13 |
|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | | |

Current Location:  E   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/3/2005 | $57.60 | $0.00 | $0.00 | $103.73 | 51005 | | | |
| Canteen | 1/11/2005 | ($23.96) | $0.00 | $0.00 | $79.77 | 55089 | | | |
| Pay-To | 1/21/2005 | ($5.80) | $0.00 | $0.00 | $73.97 | 59512 | | FS 11/24-12/23 | ST VINCENT/ST DIS |
| Pay-To | 1/27/2005 | ($5.30) | $0.00 | $0.00 | $68.67 | 61875 | | | DST/POSTAGE |

Ending Mth Balance:  $68.67

# Individual Statement

## For Month of February 2005

Date Printed: 3/29/2005                                        Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $68.67 |
|---|---|---|---|---|---|---|
| 00446518 | StLouis | James | | | | |
| Current Location: | E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $66.24 | $0.00 | $0.00 | $134.91 | 62562 | | | |
| Canteen | 2/1/2005 | ($14.56) | $0.00 | $0.00 | $120.35 | 63153 | | FS 12/24-1/23 | |
| Pay-To | 2/18/2005 | ($6.65) | $0.00 | $0.00 | $113.70 | 71230 | | | ST VINCENT DE PAU |
| Canteen | 2/22/2005 | ($15.70) | $0.00 | $0.00 | $98.00 | 72419 | | | |

Ending Mth Balance:  $98.00

I/M James St. Louis
SBI# 446518   UNIT E A8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

OFFICE OF THE Clerk
United States District Court
844 N. King St-Lockbox 18
Wilmington Delaware
19801-3570

Legal Mail

