IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



JAMES ST. Louis
   APPELLANT,

v.

Michael Wilson et al.
   APPELLEE.

CIVIL ACTION NO. 05-038-SLR

MOTION FOR APPOINTMENT OF COUNSEL

  COMES NOW, the appellant, James St. Louis, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

  In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

  1. Appellant is incarcerated.

  2. Appellant is unskilled in the law.

  3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

  4. Appointment of counsel would serve "the best interests of justice" in this case. and most of all the need for discovery.

  WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 5·14·05

            James St. Louis Jr.

            Delaware Corr. Center
            Smyrna, DE 19977

I/M James A. Louis
SBI# 446518  UNIT E/18T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S District Court
844 N. King St. Lockbox 18
Wilmington  Delaware
19801-3570